IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLENE JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  1:11-CV-971-WKW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 11, 2012, the Magistrate Judge filed a Recommendation (Doc. #17) to which no timely objections have been filed.  After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. The decision of the Commissioner is AFFIRMED.

An appropriate judgment will follow.

DONE this 7th day of January, 2013.

            /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE